JFF, JURY

# U.S. District Court
# Eastern District of Arkansas (Little Rock)
# CIVIL DOCKET FOR CASE #: 4:08−cv−00154−JMM

Redding v. Davol Inc et al
Assigned to: Judge James M. Moody
Demand: $75,000
Cause: 28:1332 Diversity−Personal Injury−Product Liability

Date Filed: 02/20/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Thomas Redding**

represented by

**Derek H. Potts**
Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105
816−931−2230
Email: dpotts@potts−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marie Bernarde Miller**
Gill Elrod Ragon Owen &Sherman, P.A.
Metropolitan Tower
425 West Capitol Avenue
Suite 3801
Little Rock, AR 72201−2413
(501) 376−3800
Email: miller@gill−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Sifers**
Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105
816−931−2230
Fax: 816−931−7030
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**
*a Delaware corporation*

**Defendant**

**C R Bard Inc**
*a New Jersey corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2008 | " 1 | COMPLAINT with Jury Demand filed by Thomas Redding against all defendants; Summonses issued and returned to attorney; Filing fee of $350.00 paid, receipt #LIT010391. (kjp) (Entered: 02/21/2008) |
| 03/25/2008 | " 2 | CONDITIONAL TRANSFER ORDER (CTO−16) transferring case to the District of Rhode Island to be consolidated in re: Kugel Mesh Hernia Patch Products liability litigation assigned to the Honorable Mary M. Lisi. File extracted. Signed by Jeffery N. Luthi, Clerk of the Panel, on 3/25/08. (bkp) (Entered: 04/02/2008) |